SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

525 UNIVERSITY AVENUE

PALO ALTO, CALIFORNIA 94301

TEL: (650) 470-4500
FAX: (650) 470-4570
www.skadden.com

DIRECT DIAL
+1 650 470-4520
EMAIL ADDRESS
Bijal.Vakil@skadden.com

FIRM/AFFILIATE OFFICES
———
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
WASHINGTON, D.C.
WILMINGTON
———
ABU DHABI
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MUNICH
PARIS
SÃO PAULO
SEOUL
SINGAPORE
TOKYO
TORONTO

May 05, 2025

Honorable Margaret M. Garnett
United States District Judge
Southern District of New York
40 Foley Square, Room 2102
New York, NY 10007

RE:   *Palantir Technologies Inc. v. Guardian AI, Inc., et al.*, No. 1:25-cv-01977-MMG

Dear Judge Garnett:

Pursuant to Your Honor's Individual Rule I.B.5, all named parties to the action have conferred and jointly request an extension of the following deadlines:

|  | **Original Date** | **Requested Date** |
| --- | --- | --- |
| Defendants' Response to the Complaint | May 12, 2025 | June 11, 2025 (30 day extension) |
| Initial Pretrial Conference | May 15, 2025 | Any date after June 23, 2025 at the Court's convenience (so that the parties' joint letter can reflect Defendants' response to the Complaint) |

This is the parties' first request for an extension of time to respond to the complaint. The parties request this extension for the following three reasons:

- First, the parties are in discussions toward resolving the matter. The extension may therefore moot the need for the Defendants to respond and the Initial Pretrial Conference with the Court.

- Second, the current schedule requires the parties to submit their Joint Letter and Case Management Statement on May 8, 2025, which is four days before Defendants' response to the Complaint is due. As such, the Joint Letter and Case Management Statement could therefore be materially incomplete: it would not reflect the nature of Defendants' response to the Complaint and the parties' views as to how the response should affect the matters addressed in that submission.

- Third, Plaintiff's counsel is traveling on May 15, 2025, the scheduled date for the Initial Pretrial Conference with the Court.

As noted above, Plaintiff and all named Defendants consent to, and request, this relief.

Respectfully submitted,

/s/ Michael J. McMahon
Michael J. McMahon (*pro hac vice forthcoming*)
COOLEY LLP
500 Boylston St.
14th Floor
Boston, MA 02116
Tel: (617) 937-2300
mmcmahon@cooley.com

Gerard O'Shea
COOLEY LLP
55 Hudson Yards
New York, NY 10001
Tel: (212) 479-6704
goshea@cooley.com

*Attorneys for Defendant Guardian AI, Inc.*

/s/ *Bijal V. Vakil*
Bijal V. Vakil (*pro hac vice*)

SKADDEN, ARPS, SLATE,
   MEAGHER & FLOM LLP
525 University Ave
Palo Alto, CA 94301
Tel: (650) 470-4500
Fax: (650) 470-4570
bijal.vakil@skadden.com

Leslie A. Demers
SKADDEN, ARPS, SLATE,
   MEAGHER & FLOM LLP
One Manhattan West
New York, New York 10001
Tel: (212) 735-3000
Fax: (212) 735-2000
leslie.demers@skadden.com

William K. Wray Jr. (*pro hac vice*)
SKADDEN, ARPS, SLATE,
   MEAGHER & FLOM LLP

500 Boylston St
Boston, MA 02116
Tel: (617) 573-4800
Fax: (617) 573-4822
william.wray@skadden.com

*Attorneys for Plaintiff Palantir Technologies Inc.*

/s/ Andrew T. Solomon
Andrew T. Solomon

SOLOMON, CRAMER & SUMMIT LLP
25 West 39th St., 7th Floor
New York, NY 10018
(212) 884-9102
asolomon@solomoncramer.com

*Attorneys for Defendant Mayank Jain*

cc:   Counsel for Defendants and Plaintiff
(via email)

> GRANTED.  Defendants' deadline to respond to the Complaint is hereby EXTENDED until **June 11, 2025**. Accordingly, the Initial Pretrial Conference previously scheduled for May 15 is hereby ADJOURNED until **July 10, 2025** at **9:30 A.M.**  The deadline for the parties to file their joint pre-conference submissions is likewise ADJOURNED until **July 2, 2025**.
>
> SO ORDERED.  Dated May 6, 2025.
>
> HON. MARGARARET M. GARNETT
> UNITED STATES DISTRICT JUDGE