

Gerard O'Shea
T: +1 212 479 6704
goshea@cooley.com

June 12, 2025

VIA ECF

Hon. Margaret M. Garnett
United States District Court for the Southern District of New York
40 Foley Square
New York, NY 10007

**Re:** *Palantir Techs., Inc. v. Guardian AI, Inc.*, **1:25-cv-01977-MMG**

Dear Judge Garnett:

We represent Defendant Guardian AI, Inc. in the above-referenced matter and write on behalf of all parties to inform the Court that the parties have resolved the matter. Pursuant to the terms of the parties' resolution, the parties will file a joint stipulation of dismissal with prejudice on or before June 23, 2025. The parties further respectfully request that the initial pretrial conference currently scheduled for July 10, 2025, be taken off the calendar.

We thank Your Honor for the Court's time and consideration in this matter.

Respectfully submitted,

Gerard O'Shea

CC: All counsel of record (via ECF)