USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/30/2025

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Palantir Technologies Inc., *Plaintiff,* v. Guardian AI, Inc., Mayank Jain, Pranav Pillai, and DOES 1-10, *Defendants.* | Civil Action No.: 1:25-cv-01977 (MMG) |

## APPLICATION TO RE-OPEN AND NOTICE OF DISMISSAL WITH PREJUDICE

On June 16, the Court, having been advised that this case has been settled, ordered this action dismissed without prejudice. See Dkt. 18. The Court further ordered that the dismissal was without prejudice to the right to reopen the action within 30 days of the date of this Order if settlement has not been completed.

Plaintiff Palantir Technologies, Inc. ("Palantir") requests that the Court reopen the action solely so that settlement can be completed based on dismissal of the action *with* prejudice.

No Defendant has served an answer or a motion for summary judgment. Accordingly, Palantir further notices, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), and hereby stipulates to the dismissal of the action in its entirety with prejudice to all parties, with each party to bear its or his own attorneys' fees and costs incurred in the action.

Dated: June 25, 2025

<div style="border: 1px solid red;">
GRANTED.  The case is hereby DISMISSED with prejudice.

SO ORDERED.  Dated June 30, 2025.

*[signature]*

HON. MARGARET M. GARNETT
UNITED STATES DISTRICT JUDGE
</div>

Respectfully submitted,

/s/ *William K. Wray Jr.*
William K. Wray Jr. (admitted *pro hac vice*)

Bijal V. Vakil (admitted *pro hac vice*)
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
525 University Ave
Palo Alto, CA 94301
Tel: (650) 470-4500
Fax: (650) 470-4570
bijal.vakil@skadden.com

Leslie A. Demers
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
One Manhattan West
New York, New York 10001
Tel: (212) 735-3000
Fax: (212) 735-2000
leslie.demers@skadden.com

William K. Wray Jr. (admitted *pro hac vice*)
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
500 Boylston St
Boston, MA 02116
Tel: (617) 573-4800
Fax: (617) 573-4822
william.wray@skadden.com

*Attorneys for Plaintiff*
*Palantir Technologies Inc.*